# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2724

_____

| | | |
|---|---|---|
| Gerald Egan, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| University of Nebraska at Lincoln, | * | |
| | * | **[UNPUBLISHED]** |
| Appellee. | * | |

_____

Submitted:  January 4, 2000
Filed: January 25, 2000

_____

Before McMILLIAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gerald Egan appeals the district court's[1] grant of summary judgment dismissing his claim that the University of Nebraska at Lincoln violated the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101 *et seq.*, when it refused to hire him for a live-in student residence hall position on account of his mental condition.  The district court sanctioned Egan for failing to make material discovery disclosures by precluding him from offering evidence regarding his status as a qualified individual with a

_____

[1]The HONORABLE WARREN K. URBOM, United States District Judge for the District of Nebraska.

disability. The court then granted summary judgment in favor of the University because this discovery ruling left Egan unable to prove a prima facie case under the ADA. After careful review of the record, we conclude that these rulings were not an abuse of the district court's discretion. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.